

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JRS
F. #2019R01078

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 2, 2020

By E-mail

The Honorable Steven L. Tiscione
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:   In re Search of One Black Apple iPhone
             Docket No. 19-MJ-784

Dear Judge Tiscione:

      The government respectfully submits this letter to request that the Court order that the above-captioned matter be unsealed in its entirety.

                            Respectfully submitted,

                            RICHARD P. DONOGHUE
                            United States Attorney

             By:      /s/
                    Jonathan Siegel
                    Assistant U.S. Attorney
                    (718) 254-6293

Enclosure

cc:   Clerk of Court (by ECF)

JRS
F.# 2019R01078

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ONE BLACK APPLE IPHONE MODEL A1778 SEIZED FROM BRANDON LOMAX ON AUGUST 5, 2019, CURRENTLY IN THE EASTERN DISTRICT OF NEW YORK | P R O P O S E D   O R D E R<br><br>No. 19-MJ-784 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

   Upon the application of RICHARD P. DONOGHUE, United States Attorney

for the Eastern District of New York, by Assistant United States Attorney Jonathan Siegel,

for an order unsealing the above-captioned matter in its entirety:

   WHEREFORE, it is ordered that the entire matter be unsealed.

Dated: Brooklyn, New York
    January  2  , 2020

              *Steven Tiscione*
              HONORABLE STEVEN L. TISCIONE
              UNITED STATES MAGISTRATE JUDGE
              EASTERN DISTRICT OF NEW YORK